UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD LAWRENCE,<br><br>   Plaintiff,<br><br> v.<br><br>COHERENT, INC., JAY T. FLATLEY, PAMELA FLETCHER, ANDREAS W. MATTES, BEVERLY KAY MATTHEWS, MICHAEL R. MCMULLEN, GARRY W. ROGERSON, STEVE SKAGGS, and SANDEEP VIJ,<br><br>   Defendants. | Case No. 1:21-cv-00808-MN<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: July 8, 2021             **LONG LAW, LLC**

                      By:  */s/ Brian D. Long*
                         Brian D. Long (#4347)
                         3828 Kennett Pike, Suite 208
                         Wilmington, DE 19807
                         Telephone: (302) 729-9100
                         Email: BDLong@longlawde.com

                         *Attorneys for Plaintiff*